# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALICE CHAN<br><br>    Plaintiff,<br><br>v.<br><br>INVESTMENT RETRIEVERS, INC.<br><br>    Defendant. | Case No.: C 07 5178 MMC<br><br><br><br>**(proposed) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

    For good cause shown, the Court hereby Grants Plaintiff's Unopposed Motion for Dismissal Without Prejudice.

    **IT IS SO ORDERED.**

Dated: January 15, 2008

_/s/ Maxine M. Chesney_
Judge

Prepared by,

Legal Helpers, P.C.
W. Kirk Moore
Attorney for Plaintiff
564 Market Street, Suite 300
San Francisco, CA 94104
Telephone: 1.866.339.1156
wmo@legalhelpers.com